Southern District of Texas
FILED

SEP 2 4 2019

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-19-1205-S1 |
| IRVIN GARCES also known as "Chocs" RAMON MENDEZ JIMMY LEE TAMEZ JOSE RAUL TAMEZ ~~MICHAEL GUZMAN~~ MIGUEL ANGEL GUZMAN | § § § § § § § § § § | |

jl (9/26/19)

AMENDED
<u>SEALED SUPERSEDING INDICTMENT</u>

THE GRAND JURY CHARGES:

<u>Count One</u>

From on or about September 7, 2018, to on or about September 8, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

IRVIN GARCES
also known as "Chocs"
RAMON MENDEZ
and
JIMMY LEE TAMEZ

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## Count Two

On or about May 11, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**JIMMY LEE TAMEZ**

knowingly having been convicted of the following crimes punishable by imprisonment for a term exceeding one year:

(1) Robbery in cause number CR-3094-07-F in the 332nd Judicial District Court in Hidalgo County, Texas on September 11, 2007;

(2) Burglary of a Habitation in cause number CR-2338-10-F in the 332nd Judicial District Court in Hidalgo County, Texas on August 2, 2010; and

(3) Burglary of a Habitation in cause number CR-2902-10-F in the 332nd Judicial District Court in Hidalgo County, Texas on August 11, 2010;

did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Taurus, Model PT-92(AF), 9mm PARA caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## Count Three

On or about May 10, 2019, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**IRVIN GARCES**
also known as "Chocs"
**JIMMY LEE TAMEZ**
**JOSE RAUL TAMEZ**
~~MICHAEL GUZMAN~~ **MIGUEL ANGEL GUZMAN**

aiding and abetting others, did knowingly brandish a firearm, during and in relation to a crime of violence for which they may be prosecuted in a court of the United States, namely, Interference with Commerce by Robbery or Hobbs Act Robbery in violation of Title 18 United States Code Section 1951(a).

All in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL

FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

ASSISTANT UNITED STATES ATTORNEY